THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS E. FOGARTY and CHARLES C. SILVERBER , Appellants.

*Crimes — burglary in first degree — judgment of conviction affirmed.*

*People* v. *Salisbury,* 220 App. Div. 798, affirmed.
(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 13, 1927, which affirmed a judgment, rendered at a Trial Term for the county of Erie upon a verdict convicting the defendants of the crime of burglary in the first degree.

*James O. Moore, Edward C. Schlenker, Charles D. Newton, Harry Lipsitz* and *John S. Knibloe* for appellants.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment affirmed on the ground that the record presents no exception arguable in this court.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.